Costello, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-15-08

------------------------------------------------------------x

TRANSFIELD SHIPPING INC.

         Plaintiff,

 - against -

BENXI IRON & STEEL (GROUP)
INTERNATIONAL ECONOMIC & TRADING
CO., LTD.

         Defendant.

------------------------------------------------------------x

08 Civ. 10177 (PKC)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER VACATING PROCESS OF MARITIME ATTACHMENT**

Please take notice, there having been no appearance from the defendant, that the above-captioned matter be and hereby is voluntarily dismissed without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). Further, the Order Directing Clerk to Issue Process of Maritime Attachment dated November 21, 2008, and the Process of Maritime Attachment and Garnishment both issued on November 24, 2008 are vacated, and any and all funds held under attachment pursuant to the Order shall be released.

Dated: New York, New York
   December 11, 2008

               HILL, BETTS & NASH LLP

        By: /s/ Mary T. Reilly
               Mary T. Reilly (MR-6305)
               Attorneys for Plaintiff
               One World Financial Center
               *Transfield Shipping Inc.*
               200 Liberty Street, 26th Floor
               New York, NY 10281
               (212) 839-7000

SO ORDERED: /s/
_____
U.S.D.J.
12-12-08

{NY081083.1}